UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　　　　　25-cr-0047 (LAK)

JUAN ESPINOZA MEDINA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court having conducted a hearing and made findings of fact and conclusions of law on the record, the defendant's motion to suppress evidence (Dkt 17) is denied in all respects.

        SO ORDERED.

Dated:     May 29, 2025

                                                                     Lewis A. Kaplan
                                                                  *United States District Judge*

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5-29-25]